United States District Court
Southern District of Texas
**ENTERED**
June 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL G. CARRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-01590 |
| | § | |
| MCCALLA RAYMER LEIBERT | § | |
| PIERCE LLC, AND | § | |
| SHELLPIONT MORTGAGE | § | |
| SERVICING, | § | |
| Defendants. | § | |

## ORDER

Before the Court is United States Magistrate Judge Richard W. Bennett's Memorandum and Recommendation filed on March 27, 2026. Doc. #14. The deadline for filing objections has passed, and no objections have been filed. The Court has reviewed the Memorandum and Recommendation for clear error. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation (Doc. #14) in its entirety. Accordingly, Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing's Motion for Judgment on the Pleadings (Doc. #13) is GRANTED. Plaintiff's claims are hereby DISMISSED WITH PREJUDICE pursuant to Rule 12(b)(6).[1]

It is so ORDERED.

JUN 2 2 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge

---

[1] "A motion for judgment on the pleadings under Rule 12(c) is subject to the same standard as a motion to dismiss under Rule 12(b)(6)." *Doe v. MySpace, Inc.*, 528 F.3d 413, 418 (5th Cir. 2008).